IN THE SUPREME COURT OF NORTH CAROLINA

No. 235PA21

Filed 22 March 2024

NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY, INC.

v.

LANIER LAW GROUP, P.A., and LISA LANIER

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 277 N.C. App. 605 (2021), affirming an order granting summary judgment on 28 June 2019 by Judge Susan E. Bray in Superior Court, Guilford County. Heard in the Supreme Court on 21 February 2024.

*Goldberg Segalla LLP, by David L. Brown and Martha P. Brown, for plaintiff-appellee.*

*Pinto Coates Kyre & Bowers, PLLC, by Richard L. Pinto and Matthew J. Millisor, for defendant-appellants.*

PER CURIAM.

Justice DIETZ did not participate in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See, e.g., Batson v. Coastal Res. Comm'n*, 385 N.C. 328, 892 S.E.2d 589 (2023) (per curiam) (affirming by an equally divided vote a Court of

Appeals decision leaving it as law of the case without further precedential value);

*Templeton Props. LP v. Town of Boone*, 368 N.C. 82, 772 S.E.2d 239 (2015) (same);

*Reese v. Barbee*, 350 N.C. 60, 510 S.E.2d 374 (1999) (same).

AFFIRMED.